# United States District Court

**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> v. <br><br> **CARREON L. BROWN,** <br> [DOB: 11/05/2001], <br><br> Defendant. | **COUNT ONE** <br> *Distribution of Marijuana* <br> 21 U.S.C. § 841(a)(1) and (b)(1)(D) <br> NMT 5 years' imprisonment <br> NMT $250,000 fine <br> NLT 2 years' supervised release <br> Class D felony <br><br> **COUNT TWO** <br> *Possession of a Firearm in Furtherance of a Drug Trafficking Offense* <br> 18 U.S.C. § 924(c)(1)(A) <br> NLT 5 years' imprisonment <br> (Consecutive to Any Other Sentence) <br> NMT life imprisonment <br> NMT $250,000 fine <br> NMT 5 years' supervised release <br> Class A felony <br><br> $100 Special Assessment (Each Count) |

## CRIMINAL COMPLAINT

**Case Number:** 21-MJ-00010-JAM **(WBG)**

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### COUNT ONE

On or about February 2, 2021, in Clay County, in the Western District of Missouri, the defendant, **CARREON L. BROWN**, knowingly and intentionally distributed less than 50 kilograms of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(D).

### COUNT TWO

On or about February 2, 2021, in Clay County, in the Western District of Missouri, defendant, **CARREON L. BROWN**, knowingly possessed a firearm, to wit: a Glock brand, 20 model, 10-millimeter handgun bearing serial number BNAV724, in furtherance of the offense of distributing less than 50 kilograms of marijuana, as charged in Count One, in violation of Title 18, United States Code, Section 924(c)(1)(A).

I further state that I am Special Agent James H. Payne of the Bureau of Alcohol, Tobacco, Firearms and

1

Explosives and that this complaint is based on the following facts:

    (See attached Affidavit)

Continued on the attached sheet and made a part hereof:    : Yes    9 No.

*James H. Payne*
James H. Payne
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to before me and subscribed via telephone,

| February 11, 2021 at 1:18 pm | at | Kansas City, Missouri |
|---|---|---|
| Date | | City and State |

Honorable W. Brian Gaddy, United States Magistrate Judge
Name and Title of Judicial Officer      Signature of Judicial Officer